# Law Office of Ann Fitz

500 S. Australian Ave., Suite 542          (561) 932-1690
West Palm Beach, FL 33401          ann@fedlawgroup.com
FL Bar No. 1007949          *Admitted in FL, GA, NY, SC, CA, OH*

February 24, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:    *United States v. Peaches Stergo*, Case No. 1:23-cr-00020-ER

Dear Judge Ramos,

The above-referenced case is scheduled for a Pretrial Conference on March 2, 2023, at 11:30 A.M. The defendant, Peaches Stergo, wishes to waive her appearance and I am requesting to appear remotely.

I have conferred with counsel for the government who objects to this request. Specifically, AUSA Adam Sowlati stated that his objection to my remote appearance at the Pretrial Conference is that, "in these circumstances, with our desire to move forward quickly, remote appearance is not warranted."

Sincerely,

*Ann Fitz*

Ann Fitz, Attorney for Defendant

---

Defendant's application to waive her appearance at the March 2, 2023 conference and Defense Counsel's application to appear remotely are granted. The parties are (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

*Edgardo Ramos*
Edgardo Ramos, U.S.D.J.
Dated: 2/28/2023
New York, New York