# Law Office of Ann Fitz

| | |
|---|---|
| 500 S. Australian Ave., Suite 542 | (561) 932-1690 |
| West Palm Beach, FL 33401 | ann@fedlawgroup.com |
| FL Bar No. 1007949 | Admitted in FL, GA, NY, SC, CA, OH |

March 9, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:   *United States v. Peaches Stergo*, Case No. 1:23-cr-00020-ER

Dear Judge Ramos,

The defense is preparing to file a motion to compel unredacted versions of certain discovery in this case, with the redacted documents attached to the motion as exhibits. The redacted documents are deemed to be "Attorney's Possession Only" and subject to the Protective Order entered on February 6, 2023. [Doc. 10]. Accordingly, I am requesting permission from the Court to file the motion and its exhibits under seal and in the traditional manner, on paper. *See NYSD ECF Rules and Instructions*, section 6.2 (electronic filing under seal is not permitted in criminal casess). I have conferred with counsel for the government, AUSA Adam Sowlati, who does not object to this motion.

Sincerely,

*Ann Fitz*

Ann Fitz, Attorney for Defendant

---

The application to file a motion to compel under seal is granted.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:  3/10/2023
New York, New York

---

Cc: AUSA Adam Sowlati, via ECF