# Law Office of Ann Fitz

| | |
|---|---|
| 500 S. Australian Ave., Suite 542 | (561) 932-1690 |
| West Palm Beach, FL 33401 | ann@fedlawgroup.com |
| FL Bar No. 1007949 | Admitted in FL, GA, NY, SC, CA, OH |

March 9, 2023

**VIA ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

    RE:    *United States v. Peaches Stergo*, Case No. 1:23-cr-00020-ER

Dear Judge Ramos,

    The defendant, Peaches Stergo, will be entering a plea of guilty to Count 1 of the Indictment and requests to have her Rule 11 change of plea hearing scheduled for Friday, April 14, 2023, in the afternoon. If that date is unavailable, it is requested that the Rule 11 hearing be scheduled for Wednesday, April 12, 2023, in the afternoon. I have conferred with counsel for the government, AUSA Adam Sowlati, who has indicated his availability on those dates.

    Sincerely,

    Ann Fitz, Attorney for Defendant

> A change of plea hearing is scheduled for April 14, 2023, at 2:30 p.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/10/2023
> New York, New York

Cc: AUSA Adam Sowlati, via ECF