UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

PEACHES STERGO,
    a/k/a "Alice,"

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GOVERNMENT'S
FORFEITURE BILL
OF PARTICULARS

23 Cr. 020 (ER)

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense described in Count One of Indictment 23 Cr. 020 (ER), against PEACHES STERGO, a/k/a "Alice" (the "Defendant"), and as alleged in the forfeiture allegations and/or substitute asset provision therein, including:

    A.    Any and all property the Government seized on or about January 25, 2023, pursuant to a judicially authorized warrant, from the Defendant's residence in Champion's Gate, Florida, including the following property:

    i.    One silver Rolex Geneva with green Rolex box;
    ii.    One silver Rolex;
    iii.    One light blue iPhone in clear case;
    iv.    One Bank of America bag containing gold coins;
    v.    One mirror box containing six (6) Rolex watches, a gold coin, an assortment of jewelry, and tools for Rolex;
    vi.    One Rolex box containing gold-colored Rolex;
    vii.    One Louis Vuitton "Keepall 55 Bandouliere Travel Bag" brown print and red accent leather duffle bag, with gold colored hardware;
    viii.    One pink iPad in pink case with cover and charger;
    ix.    $9,300 in United States currency, consisting of ninety-three (93) hundred-

1

|       |   |
|---|---|
| | dollar bills in a SunTrust bag; |
| x. | One gold and diamond turtle; |
| xi. | One Cartier red leather handbag with miscellaneous documents; |
| xii. | $100 in United States currency, consisting of one (1) hundred-dollar bill; |
| xiii. | $4,503 in United States currency, consisting of forty-five (45) hundred-dollar bills and three (3) singles; |
| xiv. | Coco de Chanel and Tiffany earrings in bag; |
| xv. | One Louis Vuitton "Zippy" brown print leather wallet, with gold colored hardware; |
| xvi. | One Louis Vuitton bag, containing bag, containing box with LV scarf and bag with LV cuff links; |
| xvii. | Nine (9) Rolex boxes; |
| xviii. | One Christian Louboutin white canvas tote bag with red leather handles and silver colored emblems; |
| xix. | One Christian Louboutin white leather handbag with red accents and silver colored emblems; |
| xx. | One Christian Louboutin navy blue leather clutch with red accent and silver colored hardware; |
| xxi. | One Christian Louboutin nude patent leather clutch with red accent and silver colored hardware; |
| xxii. | One Christian Louboutin nude leather clutch with red accent and silver colored hardware; |
| xxiii. | One Valentino Garavani nude leather clutch with gold colored studding; |
| xxiv. | One Louis Vuitton dark brown crossbody purse with gold colored chain and hardware; |
| xxv. | One Saint Laurent nude leather handbag with silver colored hardware; |
| xxvi. | One Saint Laurent blue leather clutch with gold colored logo emblem; |
| xxvii. | One Chanel grey quilted leather handbag with silver colored hardware, with Card of Authenticity (SN 29225021); |
| xxviii. | One Christian Dior pink quilted patent leather crossbody purse, with silver colored hardware; |
| xxix. | One Louis Vuitton cream and grey leather pattern handbag with light brown leather handles, with gold colored hardware; |
| xxx. | One Louis Vuitton brown pattern handbag with dark brown leather handles, with gold colored hardware; |
| xxxi. | One Christian Louboutin navy blue leather tote bag, with red accent and silver colored studding; |
| xxxii. | One Prada grey handbag, with gold colored hardware; |

xxxiii. One Gucci red leather quilted zippered wallet, with gold colored hardware (found inside Prada grey handbag and containing miscellaneous items);

xxxiv. One Louis Vuitton brown pattern tote bag with red leather handles, with gold colored hardware and $.35 found inside;

xxxv. One Louis Vuitton brown pattern handbag with light brown leather handles, with gold colored hardware and, with keys for lock with a religious pin attached through "lock" hole;

xxxvi. One pair of men's Louis Vuitton white/grey leather loafer shoes, made in Italy (Marking: ND 1107);

xxxvii. One pair of men's Louis Vuitton Brown leather loafer shoes, made in Italy (Marking: ND 0139);

xxxviii. One pair of men's Gucci black leather loafer shoes with silver colored buckle, made in Italy (Marking: 450892 04Z);

xxxix. One pair of men's Salvatore Ferragamo black leather loafer shoes with silver colored buckle, made in Florence, Italy (Marking: YQ 10363);

xl. One pair of men's Salvatore Ferragamo brown leather loafer shoes with gold colored buckle, made in Florence, Italy (Marking: YQ 9111);

xli. One pair of men's Salvatore Ferragamo blue leather loafer shoes with silver colored buckle, made in Florence, Italy (Marking: 91VF 89733);

xlii. One pair of men's Salvatore Ferragamo grey suede loafer shoes with silver colored buckle, made in Florence, Italy (Marking: ZM071105 EE);

xliii. One pair of men's Salvatore Ferragamo black suede loafer shoes with gold colored buckle, made in Florence, Italy (Marking: 0033105);

xliv. One pair of men's Louis Vuitton black leather lace up dress shoes, made in Italy (Marking: ST0176);

xlv. One pair of men's Louis Vuitton Brown leather lace up dress shoes, made in Italy (Marking: 01 1109);

xlvi. One Stefano Ricci black 100% silk men's tie, with sparkle honeycomb accent, made in Italy;

xlvii. One Gucci grey 100% silk men's tie, 148 x 8 cm, made in Italy;

xlviii. One Gucci blue 100% silk men's tie, 148 x 7 cm, made in Italy (Article number: 408865 4E002);

xlix. One Gucci red 100% silk men's tie, 148 x 8 cm, made in Italy;

l. One Gucci brown 100% silk men's tie, 148 x 8 cm, made in Italy;

li. One Hermes orange 100% silk men's tie, made in France;

lii. One Hermes pink 100% silk men's tie, made in France;

liii. One Louis Vuitton black 100% silk men's tie, made in Italy;

liv. One Louis Vuitton blue 100% silk men's tie, made in Italy;

lv. One pair of women's Burberry black/archive beige rubber boot with vintage check upper (ID number: 8034299 1005);

lvi. One pair of women's Christian Louboutin blue suede stiletto heels, made in Paris;

lvii. One pair of women's Christian Louboutin black suede stiletto booties, made in Paris, with protective storage bag;

lviii. One pair of Dolce and Gabbana black and white cloth textured with leather black tip sling black stiletto heels, made in Italy;

lix. One pair of women's Christian Louboutin black leather block heels with clear accent, made in Italy (Marking: RF41679 85);

lx. One pair of women's Valentino Garavani brown leather with gold colored stud heels, with protective storage bag;

lxi. One pair of women's Christian Dior cream patent leather sling back heel with "J'ADIOR" written on strap, made in Italy (Marking: MD 0718);

lxii. One pair of women's Tory Burch black leather upper with textile and leather lining boots with gold colored buckle logo emblem, made in China (Article Number 5595 D17);

lxiii. One pair of women's Tory Burch black espadrille slide sandals with leather upper, made in China (Article Number 6772 K19);

lxiv. One pair of women's Gucci cream leather sandals with gold colored logo emblem, made in Italy (Marking: "L'AVEUGLE PAR AMOUR" on soles of shoes);

lxv. One Christian Louboutin Nude Leather tote bag, with red accent and silver colored studding and $0.10 found inside;

lxvi. One Gucci cream leather handbag, with white leather tassel, with gold colored hardware;

lxvii. One pair of men's Salvatore Ferragamo blue suede loafer shoes with silver colored and wood grained buckle, made in Florence, Italy (Marking: ZM073245 EE);

lxviii. One pair of men's Salvatore Ferragamo night green suede loafer shoes with black colored buckle, made in Florence, Italy, with price tag inside (Markings: 30VF96515, 0956 016, 8054721232693, 0074, and 0558841);

lxix. One pair of men's Louis Vuitton black leather loafer shoes with black logo emblem buckle, made in Italy (Marking: FA0176);

lxx. One pair of men's Louis Vuitton navy blue leather loafers shoes with silver colored logo emblem buckle, made in Italy (Marking: ND0197);

lxxi. One pair of men's Prada black leather loafer shoes with silver colored logo emblem, made in Italy (Marking: 2DD158);

lxxii. One pair of men's Gucci brown leather loafer shoes, made in Italy (Marking: 466904 045);

lxxiii. One pair of men's Coach tan suede Chelsea boots with wooden sole, made in China (Markings: G1870 and L16/106);

lxxiv. One Gucci red leather crossbody purse, with red leather tassel, with gold colored hardware;

lxxv. One one-ounce gold coin on a chain;

lxxvi. One Louis Vuitton brown pattern purse with two-toned brown leather strap, with gold colored hardware;

lxxvii. One Louis Vuitton brown pattern tote bag with light brown leather handle, with gold colored hardware and logo emblem, and $.05 found inside;

lxxviii. $110 in United States currency, consisting of one (1) hundred dollar bill, one (1) five dollar bill, and five (5) singles;

lxxix. One pair of women's WALK'N DIOR grey stone with cloth texture Christian Dior lace up sneakers with "CHRISTIAN DIOR" written on laces, made in Italy (Markings: 108537/3429, KCK211OBES33G and DC 0120 39);

lxxx. One pair of women's Christian Dior black macrame embroidery lace sling back heel with "J'ADIOR" written on strap, made in Italy (Marking: NE 04 22, 1139038/2123 and KCP945MCM), with protective storage bag;

lxxxi. One pair of women's Tom Ford gold colored sandals with brass and steel lock and key shaped ornaments, made in Italy (Markings: W1266T NLA, RN 134946, CA 00985), with four (4) extra heel tip caps replacements;

lxxxii. One pair of women's Giuseppe Zanotti "KANDA S, BASIC 85" black suede sling back heel with silver colored floral emblem, made in Italy (Marking: E00513), with protective storage bag;

lxxxiii. One pair of women's Louis Vuitton nude leather heel with gold colored logo emblem, made in Italy, with protective storage bag;

lxxxiv. One pair of women's Manolo Blahnik "CHAOSBOW" nude suede heel, handmade in Italy (Markings: 105 590, 79228 2 and 340601 506049370) with protective storage bag;

lxxxv. One pair of women's Jimmy Choo "PANDORA" navy blue denim and cork wedge heel with gold colored log emblem, made in Spain, with protective storage bag;

lxxxvi. One pair of women's Jimmy Choo "ABEL" powder pink patent leather stiletto heel, made in Italy (Markings: J00011584439 and 090871);

lxxxvii. One pair of women's Valentino Garavani black leather stiletto heel with gold colored studding, made in Italy (Marking: NW2S0D56CCS), with two

5

|          |                                                                                                  |
|---------:|--------------------------------------------------------------------------------------------------|
|          | (2) gold colored replacement studs; |
| lxxxviii. | One pair of women's Valentino Garavani "Rockstud Ankle Strap Sandals" black suede heel with bow, made in Italy (Marking: NW2S0A27V0D), with protective storage bag; |
| lxxxix. | One pair of women's Channel "REV" tan lambskin and black leather Espadrilles, made in Spain (Markings: G29762X01000); |
| xc. | One pair of women's Chanel black leather stiletto heels with pearl heel accents and black cloth toe accent, made in Italy (Marking: P G36673), with protective storage bag: |
| xci. | One pair of women's Saint Laurent "CACHEMIRE MISIA" nude suede stiletto heels, made in Italy, (Marking: 471988 0LI00 2736), with two (2) extra heel tip caps replacements; |
| xcii. | One pair of women's Aquazzura "FOREVER MARILYN 105" black suede stiletto heels with tassel, made in Italy (Markings: FOMHIGP0-SUE-000); |
| xciii. | One pair women's Gucci black suede stiletto heels with silver colored logo emblem, with two (2) extra heel tip caps replacements, made in Italy (Marking: 551214 C2000 1000), with two (2) protective storage bags; |
| xciv. | One pair of women's Gucci white, green and red leather Miro sneakers, made in Italy, (Markings: 387993 90R), with two (2) protective storage bags; |
| xcv. | One pair of women's Gucci white, green and red cloth Espadrilles, made in Spain, (Marking: 525728 100 "L'AVEUGLE PAR AMOUR" on soles of shoes), with two (2) protective storage bags; |
| xcvi. | One pair of women's Gucci cream cloth Espadrille loafers, made in Spain, (Marking: 466902 100); |
| xcvii. | One pair of women's Gucci black leather open-toe heel sandals, made in Italy (Marking: 593389 07B), with two (2) protective storage bags; |
| xcviii. | One pair of women's Christian Louboutin black patent leather stiletto heels, made in Italy, with two (2) extra brown heel tip caps replacements, with a protective storage bag; |
| xcix. | One pair of women's Christian Louboutin yellow patent leather stiletto heels, made in Italy, with a protective storage bag; |
| c. | One pair of women's Christian Louboutin pink patent leather stiletto heels, made in Italy; |
| ci. | One pair of women's Christian Louboutin nude patent leather heels, made in Italy, with a protective storage bag; |
| cii. | One pair of women's Christian Louboutin nude and black patent leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, |

<ul>
<li>with a protective storage bag;</li>
</ul>

ciii. One pair of women's Christian Louboutin white and snake print patent leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag;

civ. One pair of women's Christian Louboutin white leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag;

cv. One pair of women's Christian Louboutin gold crystal embellished stiletto heels, made in Italy, with a protective storage bag;

cvi. One pair of women's Christian Louboutin red suede stiletto heels, made in Italy, with two (2) extra heel tip caps replacements;

cvii. One pair of women's Christian Louboutin black suede stiletto heels, made in Italy, with a protective storage bag;

cviii. One pair of women's Christian Louboutin "KATE" grey suede stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag, with miscellaneous paperwork and card;

cix. One pair of women's Christian Louboutin black lace stiletto heels, made in Italy, with two (2) extra red heel tip caps replacements;

cx. One pair of women's Christian Louboutin blue denim sandal block heels with silver colored buttons, made in Spain;

cxi. One pair of women's Christian Louboutin black leather booties, made in Italy, with two (2) extra heel tip caps replacements;

cxii. One pair of diamond earrings; and

cxiii. Gold Cartier bracelets.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

   B. Any and all property the Government seized on or about March 20, 2023, pursuant to a judicially authorized warrant, from Bank of America, N.A. safe deposit box no. 000402011459, located at 4501 W. Lake Mary Blvd, Lake Mary, FL 32746, including the following property:

   i. Two (2) Suisse 1 ounce Platinum 999.5 (S/N #C046170, S/N #C046172;
   ii. Two (2) APMEX 10 Troy ounces .999 Fine Silver bars; and
   iii. Two (2) APMEX 1 kilogram .999 Fine Silver bars.

Dated: New York, New York
   April 7, 2023

             Respectfully Submitted,

             DAMIAN WILLIAMS
             United States Attorney

         By: /s/_____
             ADAM SOWLATI
             Assistant United States Attorney
             Telephone: (212) 637-2438