

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application to adjourn the sentencing is denied.
> SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: 6/22/2023
> New York, New York

Re: <u>United States v. Peaches Stergo</u>, 23 Cr. 20 (ER)

Dear Judge Ramos:

    The Government writes with respect to the July 27, 2023, sentencing of the defendant (the "Sentencing"). In the first week of June 2023, the undersigned attorney had a trial before the Honorable Valerie E. Caproni, which resulted in a mistrial. The trial has been rescheduled for the week of July 24, 2023. To allow the undersigned counsel the opportunity to participate in the Sentencing, the Government respectfully asks that the Court adjourn the Sentencing to either late in the afternoon on July 27, 2023, or to a convenient date Monday through Thursday of the week of July 31, 2023, or Monday through Friday of the week August 7, 2023. Of course, however, if the Court wishes to proceed as scheduled, another Assistant United States Attorney would appear for the Government. Defense counsel opposes any adjournment because she has already purchased her plane ticket to New York City.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    by: /s/ Adam Sowlati
          Adam Sowlati
          Assistant United States Attorney
          (212) 637-2438

**CC (BY ECF)**
All Counsels of Record