UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– *against* –

PEACHES STERGO,

Defendant.

**OPINION & ORDER**

23-cr-20 (ER)

RAMOS, D.J.:

The Court is in receipt of the Government's Motion for Forfeiture of Property (Doc. 37) and Peaches Stergo's Response in Opposition thereto (Doc. 39).  The Court directs the Government to respond to the Opposition by July 19, 2023.

It is SO ORDERED.

Dated:    July 14, 2023
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.