UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA                                    :
:
:
-v.-                                                  :
:   **FINAL ORDER OF FORFEITURE**
PEACHES STERGO,                                             :
   a/k/a "Alice,"                                          :   23 Cr. 020 (ER)
:
Defendant.                             :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about April 18, 2023, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 27) with respect to PEACHES STERGO, a/k/a "Alice" (the "Defendant"), imposing a forfeiture money judgment against the Defendant in the amount of $2,830,775 in United States currency, and forfeiting to the United States all right, title and interest of the Defendant in various specific assets seized from the Defendant in connection with this action;

        WHEREAS, on or about November 30, 2023, the Court entered a Corrected Preliminary Order of Forfeiture as to the Specific Property/Money Judgment (the "Corrected Preliminary Order") (D.E. 57), to correct some of the descriptions of the specific assets seized from the Defendant in connection with this action, as more particularly described in <u>Exhibit A</u> attached hereto (the "Specific Property");

        WHEREAS, the Corrected Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Corrected Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code,

Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 15, 2023, for thirty (30) consecutive days, through January 13, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 29, 2024 (D.E. 58);

WHEREAS, on or about April 24, 2023, notice of the Preliminary Order of Forfeiture was sent by certified mail to John Paul Miller, Champions Gate, FL 33896 ("Miller");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and Miller are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

2

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

        NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

        1.     All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

        2.     Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

        3.     The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York  
          March 1, 2024

                    SO ORDERED:

                    _____  
                    HONORABLE EDGARDO RAMOS  
                    UNITED STATES DISTRICT JUDGE

# EXHIBIT A

a. The items seized by the Government on or about January 25, 2023, pursuant to a judicially authorized search warrant at Defendant's residence in Champion's Gate, Florida, including but not limited to the following:

    i. One silver Rolex Geneva with green Rolex box;

    ii. One silver Rolex;

    iii. One Light blue iPhone in clear case;

    iv. One Bank of America bag containing gold coins, a coin on a chain, bracelets, a gold-colored belt, and gold colored links;

    v. One mirror box containing four (4) Rolex watches, and two (2) Cartier Watches, a gold coin (more particularly described as a PAMP Suisse ½ Ounce fine gold bar 999.9), an assortment of jewelry (including a 1.85 ct diamond), and tools for Rolex;

    vi. One Rolex box containing gold-colored Rolex;

    vii. One Louis Vuitton "Keepall 55 Bandouliere Travel Bag" brown print and red accent leather duffle bag, with gold colored hardware;

    viii. One pink iPad in pink case with cover and charger;

    ix. $9,300 in United States currency, consisting of ninety-three (93) hundred-dollar bills in a SunTrust bag;

    x. One gold and diamond turtle;

    xi. One Cartier red leather handbag with miscellaneous documents;

    xii. $100 in United States currency, consisting of one (1) hundred-dollar bill;

    xiii. $4,503 in United States currency, consisting of forty-five (45) hundred-dollar bills and three (3) singles;

    xiv. Coco de Chanel, Tiffany, miscellaneous earrings in bag;

    xv. One Louis Vuitton "Zippy" brown print leather wallet, with gold colored hardware, containing miscellaneous documents and identification card;

    xvi. One LV scarf and bag with LV cuff links;

    xvii. One Christian Louboutin white canvas tote bag with red leather handles and

       silver colored emblems;

xviii.    One Christian Louboutin white leather handbag with red accents and silver colored emblems;

xix.    One Christian Louboutin navy blue leather clutch/wristlet with red accent and silver colored hardware;

xx.    One Christian Louboutin nude patent leather clutch with red accent and silver colored hardware;

xxi.    One Christian Louboutin nude leather clutch/wristlet with red accent and silver colored hardware;

xxii.    One Valentino Garavani nude leather clutch with gold colored studding;

xxiii.    One Louis Vuitton dark brown crossbody purse with gold colored chain and hardware;

xxiv.    One Saint Laurent nude leather handbag with silver colored hardware;

xxv.    One Saint Laurent blue leather clutch with gold colored logo emblem;

xxvi.    One Chanel grey quilted leather handbag with silver colored hardware, with Card of Authenticity (SN 29225021);

xxvii.    One Christian Dior pink quilted patent leather crossbody purse, with silver colored hardware;

xxviii.    One Louis Vuitton cream and grey leather pattern handbag with light brown leather handles, with gold colored hardware;

xxix.    One Louis Vuitton brown pattern handbag with dark brown leather handles, with gold colored hardware;

xxx.    One Christian Louboutin navy blue leather tote bag, with red accent and silver colored studding;

xxxi.    One Prada grey handbag, with gold colored hardware;

xxxii.    One Gucci red leather quilted zippered wallet, with gold colored hardware (found inside Prada grey handbag and containing miscellaneous items);

xxxiii.    One Louis Vuitton brown pattern tote bag with red leather handles, with gold colored hardware and $.35 found inside;

xxxiv.    One Louis Vuitton brown pattern handbag with light brown leather handles, with gold colored hardware and Lock, with keys for lock with a religious

<ul style="list-style:none">
<li>pin attached through "lock" hole;</li>
</ul>

| | |
|---|---|
| xxxv. | One pair of men's Louis Vuitton white/grey leather loafer shoes, made in Italy (Marking: ND 1107); |
| xxxvi. | One pair of men's Louis Vuitton Brown leather loafer shoes, made in Italy (Marking: ND 0139); |
| xxxvii. | One pair of men's Gucci black leather loafer shoes with silver colored buckle, made in Italy (Marking: 450892 04Z); |
| xxxviii. | One pair of men's Salvatore Ferragamo black leather loafer shoes with silver colored buckle, made in Florence, Italy (Marking: YQ 10363); |
| xxxix. | One pair of men's Salvatore Ferragamo brown leather loafer shoes with gold colored buckle, made in Florence, Italy (Marking: YQ 9111); |
| xl. | One pair of men's Salvatore Ferragamo blue leather loafer shoes with silver colored buckle, made in Florence, Italy (Marking: 91VF 89733); |
| xli. | One pair of men's Salvatore Ferragamo grey suede loafer shoes with silver colored buckle, made in Florence, Italy (Marking: ZM071105 EE); |
| xlii. | One pair of men's Salvatore Ferragamo black suede loafer shoes with gold colored buckle, made in Florence, Italy (Marking: 0033105); |
| xliii. | One pair of men's Louis Vuitton black leather lace up dress shoes, made in Italy (Marking: ST0176); |
| xliv. | One pair of men's Louis Vuitton Brown leather lace up dress shoes, made in Italy (Marking: 01 1109); |
| xlv. | One Stefano Ricci black 100% silk men's tie, with sparkle honeycomb accent, made in Italy; |
| xlvi. | One Gucci grey 100% silk men's tie, 148 x 8 cm, made in Italy; |
| xlvii. | One Gucci blue 100% silk men's tie, 148 x 7 cm, made in Italy (Article number: 408865 4E002); |
| xlviii. | One Gucci red 100% silk men's tie, 148 x 8 cm, made in Italy; |
| xlix. | One Gucci brown 100% silk men's tie, 148 x 8 cm, made in Italy; |
| l. | One Hermes orange 100% silk men's tie, made in France; |
| li. | One Hermes pink 100% silk men's tie, made in France; |

lii. One Louis Vuitton black 100% silk men's tie, made in Italy;

liii. One Louis Vuitton blue 100% silk men's tie, made in Italy;

liv. One pair of women's Burberry black/archive beige rubber boot with vintage check upper (ID number: 8034299 1005):

lv. One pair of women's Christian Louboutin blue suede stiletto heels, made in Paris;

lvi. One pair of women's Christian Louboutin black suede stiletto booties, made in Paris, with protective storage bag;

lvii. One pair of Dolce and Gabbana black and white cloth textured with leather black tip sling black stiletto heels, made in Italy;

lviii. One pair of women's Salvatore Ferragamo black leather block heels with clear accent, made in Italy (Marking: RF41679 85);

lix. One pair of women's Valentino Garavani brown leather with gold colored stud heels, with protective storage bag;

lx. One pair of women's Christian Dior cream patent leather sling back heel with "J'ADIOR" written on strap, made in Italy (Marking: MD 0718);

lxi. One pair of women's Tory Burch black leather upper with textile and leather lining boots with gold colored buckle logo emblem, made in China (Article Number 5595 D17);

lxii. One pair of women's Tory Burch black espadrille slide sandals with leather upper, made in China (Article Number 6772 K19);

lxiii. One pair of women's Gucci cream leather sandals with gold colored logo emblem, made in Italy (Marking: "L'AVEUGLE PAR AMOUR" on soles of shoes);

lxiv. One Christian Louboutin Nude Leather tote bag, with red accent and silver colored studding and $0.10 found inside;

lxv. One Gucci cream leather handbag, with white leather tassel, with gold colored hardware;

lxvi. One pair of men's Salvatore Ferragamo blue suede loafer shoes with silver colored and wood grained buckle, made in Florence, Italy (Marking: ZM073245 EE);

lxvii. One pair of men's Salvatore Ferragamo night green suede loafer shoes with

    black colored buckle, made in Florence, Italy, with price tag inside (Markings: 30VF96515, 0956 016, 8054721232693, 0074, and 0558841);

lxviii. One pair of men's Louis Vuitton black leather loafer shoes with black logo emblem buckle, made in Italy (Marking: FA0176);

lxix. One pair of men's Louis Vuitton navy blue leather loafers shoes with silver colored logo emblem buckle, made in Italy (Marking: ND0197);

lxx. One pair of men's Prada black leather loafer shoes with silver colored logo emblem, made in Italy (Marking: 2DD158);

lxxi. One pair of men's Gucci brown leather loafer shoes, made in Italy (Marking: 466904 045);

lxxii. One pair of men's Coach tan suede Chelsea boots with wooden sole, made in China (Markings: G1870 and L16/106);

lxxiii. One Gucci red leather crossbody purse, with red leather tassel, with gold colored hardware;

lxxiv. One one-ounce gold coin on a chain;

lxxv. One Louis Vuitton brown pattern purse with two-toned brown leather strap, with gold colored hardware;

lxxvi. One Louis Vuitton brown pattern tote bag with light brown leather handle, with gold colored hardware and logo emblem, and $.05 found inside;

lxxvii. $110 in United States currency, consisting of one (1) hundred dollar bill, one (1) five dollar bill, and five (5) singles;

lxxviii. One pair of women's WALK'N DIOR grey stone with cloth texture Christian Dior lace up sneakers with "CHRISTIAN DIOR" written on laces, made in Italy (Markings: 108537/3429, KCK211OBES33G and DC 0120 39);

lxxix. One pair of women's Christian Dior black macrame embroidery lace sling back heel with "J'ADIOR" written on strap, made in Italy (Marking: NE 04 22, 1139038/2123 and KCP945MCM), with protective storage bag;

lxxx. One pair of women's Tom Ford gold colored sandals with brass and steel lock and key shaped ornaments, made in Italy (Markings: W1266T NLA, RN 134946, CA 00985), with four (4) extra heel tip caps replacements;

lxxxi. One pair of women's Giuseppe Zanotti "KANDA S, BASIC 85" black

sueded sling back heel with silver colored floral emblem, made in Italy (Marking: E00513), with protective storage bag;

lxxxii. One pair of women's Louis Vuitton nude leather heel with gold colored logo emblem, made in Italy, with protective storage bag;

lxxxiii. One pair of women's Manolo Blahnik "CHAOSBOW" nude suede heel, handmade in Italy (Markings: 105 590, 79228 2 and 340601 506049370) with protective storage bag;

lxxxiv. One pair of women's Jimmy Choo "PANDORA" navy blue denim and cork wedge heel with gold colored log emblem, made in Spain, with protective storage bag;

lxxxv. One pair of women's Jimmy Choo "ABEL" powder pink patent leather stiletto heel, made in Italy (Markings: J00011584439 and 090871);

lxxxvi. One pair of women's Valentino Garavani black leather stiletto heel with gold colored studding, made in Italy (Marking: NW2S0D56CCS), with two (2) gold colored replacement studs and one (1) Publix receipt in the box;

lxxxvii. One pair of women's Valentino Garavani "Rockstud Ankle Strap Sandals" black suede heel with bow, made in Italy (Marking: NW2S0A27VOD), with protective storage bag;

lxxxviii. One pair of women's Channel "REV" tan lambskin and black leather Espadrilles, made in Spain (Markings: G29762X01000);

lxxxix. One pair of women's Chanel black leather stiletto heels with pearl heel accents and black cloth toe accent, made in Italy (Marking: P G36673), with protective storage bag:

xc. One pair of women's Saint Laurent "CACHEMIRE MISIA" nude suede stiletto heels, made in Italy, (Marking: 471988 0LI00 2736), with two (2) extra heel tip caps replacements;

xci. One pair of women's Aquazzura "FOREVER MARILYN 105" black suede stiletto heels with tassel, made in Italy (Markings: FOMHIGP0-SUE-000);

xcii. One pair women's Gucci black suede stiletto heels with silver colored logo emblem, with two (2) extra heel tip caps replacements, made in Italy (Marking: 551214 C2000 1000), with two (2) protective storage bags;

xciii. One pair of women's Gucci white, green and red leather Miro sneakers, made in Italy, (Markings: 387993 90R), with two (2) protective storage

|       |                                                                                                                                                                                                                                      |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | bags;                                                                                                                                                                                                                                |
| xciv. | One pair of women's Gucci white, green and red cloth Espadrilles, made in Spain, (Marking: 525728 100 "L'AVEUGLE PAR AMOUR" on soles of shoes), with two (2) protective storage bags;                                                |
| xcv.  | One pair of women's Gucci cream cloth Espadrille loafers, made in Spain, (Marking: 466902 100);                                                                                                                                      |
| xcvi. | One pair of women's Gucci black leather open-toe heel sandals, made in Italy (Marking: 593389 07B), with two (2) protective storage bags;                                                                                            |
| xcvii.| One pair of women's Christian Louboutin black patent leather stiletto heels, made in Italy, with two (2) extra brown heel tip caps replacements, with a protective storage bag;                                                      |
| xcviii.| One pair of women's Christian Louboutin yellow patent leather stiletto heels, made in Italy, with a protective storage bag;                                                                                                         |
| xcix. | One pair of women's Christian Louboutin pink patent leather stiletto heels, made in Italy;                                                                                                                                           |
| c.    | One pair of women's Christian Louboutin nude patent leather heels, made in Italy, with a protective storage bag;                                                                                                                     |
| ci.   | One pair of women's Christian Louboutin nude and black patent leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag;                                                   |
| cii.  | One pair of women's Christian Louboutin white and snake print patent leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag;                                            |
| ciii. | One pair of women's Christian Louboutin white leather stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag;                                                                   |
| civ.  | One pair of women's Christian Louboutin gold crystal embellished stiletto heels, made in Italy, with a protective storage bag;                                                                                                       |
| cv.   | One pair of women's Christian Louboutin red suede stiletto heels, made in Italy, with two (2) extra heel tip caps replacements;                                                                                                      |
| cvi.  | One pair of women's Christian Louboutin black suede stiletto heels, made in Italy, with a protective storage bag;                                                                                                                    |

  cvii. One pair of women's Christian Louboutin "KATE" grey suede stiletto heels, made in Italy, with two (2) extra heel tip caps replacements, with a protective storage bag, with miscellaneous paperwork and card;

  cviii. One pair of women's Christian Louboutin black lace stiletto heels, made in Italy, with two (2) extra red heel tip caps replacements;

  cix. One pair of women's Christian Louboutin blue denim sandal block heels with silver colored buttons, made in Spain;

  cx. One pair of women's Christian Louboutin black leather booties, made in Italy, with two (2) extra heel tip caps replacements;

  cxi. One pair of diamond earrings;

  cxii. Gold Cartier bracelets;

  cxiii. Assorted jewelry, 3 coins, and a silver tone pen with large clear stone; and

  cxiv. One pair of Women's Blue Suede sandals with brown braiding (no branding or sizing) contained in Stuart Weitzman box;

b. The items seized by the Government on or about March 20, 2023, pursuant to a judicially authorized search and seizure warrant for Bank of America, N.A. safe deposit box no. 000402011459, located at 4501 W Lake Mary Blvd, Lake Mary, FL 32746, including but not limited to the following:

  i. Two (2) Suisse 1 ounce Platinum 999.5 (S/N #C046170, S/N #C046172;

  ii. Two (2) APMEX 10 Troy ounces .999 Fine Silver bars; and

  iii. Two (2) APMEX 1 kilogram .999 Fine Silver bars.