UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
  UNITED STATES OF AMERICA        :
:
               -v.-                       :    **SECOND FINAL ORDER OF**
                                     :    **FORFEITURE**
  PEACHES STERGO,                 :
         a/k/a "Alice,"               :    23 Cr. 020 (ER)
:
               Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about July 27, 2023, this Court entered a Second Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (D.E. 45), which ordered the forfeiture to the United States of all right, title and interest of PEACHES STERGO (the "Defendant") in the following property:

        a. The real property known as 1158 Trappers Trail Loop, Champions Gate, Florida (the "Florida Property");

        WHEREAS, the Florida Property is titled in the names of Defendant and John Paul Miller as joint tenants with rights of survivorship, but was purchased by the Defendant with the proceeds of the offense charged in Count One of the Indictment, and is more particularly described as:

        Lot Number: 354 Subdivision Name: STONEYBROOK SOUTH N PRCL PH2 Phase No: 2 Sec/Twn/Rng/Mer: SEC 30 TWN 25S RNG 27E
        Brief Description: STONEYBROOK SOUTH NORTH PARCEL PH 2 PB 27 PGS 127-134 LOT 354
        Parcel No. 302527512100013540;

(the "Specific Property");

        WHEREAS, the Second Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Second Preliminary Order of

Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 15, 2023, for thirty (30) consecutive days, through December 14, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on April 8, 2024 (D.E. 62);

WHEREAS, on or about August 1, 2023 a notice of the Second Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to the following:

    i. Eagle Home Mortgage, LLC, 15550 Lightwave Drive, Suite 200, Clearwater, Florida 33760;

    ii. Eagle Home Mortgage, LLC, 730 NW 107 Avenue, 4th Floor, Miami, FL 33172-3139;

    iii. MERS, P.O. Box 2026, Flint, MI 48501-2026;

(the "First Noticed Parties");

WHEREAS, due to Eagle Home Care LLC having a name change and/or being acquired by Lennar Mortgage, on or about August 24, 2023, the Notice of the Second Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to Lennar Mortgage, at the following:

      i. Lennar Mortgage, 140 Fountain Parkway North, Suite 250, Saint Petersburg, FL 33716;

(the "Second Noticed Party");

WHEREAS, on or about February 29, 2024, the Notice of the Second Preliminary Order of Forfeiture was sent by certified mail, return receipt requested to the following:

      i. John Paul Miller, 1158 Trappers Trail Loop, Champions Gate, Florida, 33890; and

      ii. John Paul Miller, at a residence in Cooper City, Florida 33328;

(the "Third Noticed Parties," together with the First Noticed Parties and the Second Noticed Party, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property, including but not limited to the interests of the Defendant PEACHES STERGO and John Paul Miller, are hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service, or its designee, shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       April 11, 2024

                                        SO ORDERED:

                                        _____
                                        HONORABLE EDGARDO RAMOS
                                        UNITED STATES DISTRICT JUDGE